**Appeal Dismissed and Memorandum Opinion filed July 11, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00149-CV

### JAROD HARMON, Appellant

### V.

### PILGRIM WEST LLC & J.R. KELLOUGH, PRESIDENT, Appellees

**On Appeal from County Court at Law No. 1 and Probate Court
Brazoria County, Texas
Trial Court Cause No. CI58889**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed February 14, 2019. Appellant's brief was due May 20, 2019. No brief or motion to extend time to file the brief was filed.

On June 4, 2019, the court ordered appellant to file a brief by June 20, 2019. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is **DISMISSED** for want of prosecution.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Spain and Poissant.